UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 34 |
| | ) | Judge Joan B. Gottschall |
| | ) | |
| JOEY SY | ) | |

**JOEY SY'S MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**

  JOEY SY, by the Federal Defender Program and its attorney, MATTHEW J. MADDEN, respectfully moves this Court to terminate his term of supervised release. He has compliantly and successfully completed fourteen out of the twenty-four months he was sentenced to serve under supervised release. In support of this Motion, Mr. Sy states as follows:

  1. In July 2007, Mr. Sy was sentenced in the United States District Court for the Northern District of Indiana to twenty-one months incarceration for possession with intent to distribute marijuana.

  2. The Court also sentenced Mr. Sy to a term of two years of supervised release. Mr. Sy has successfully served fourteen of the twenty-four months supervised release that he was sentenced to. Jurisdiction of this case was transferred to this Court in January 2008.

  3. Section 3583(e)(1) of Title 18 specifically permits a court to terminate supervised release early at any time after the expiration of one year if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. This provision is part of a comprehensive package of positive and negative sanctions that are available to judges dealing

with supervisees. Because it creates an incentive for better-than-adequate behavior, and because it focuses limited supervision resources on those cases that need the attention, it seems a good policy for a Court to actually use the early termination option in the appropriate case.

    4. Ms. Sy has been in compliance with all of the conditions of his supervised release. Moreover, he has derived all of the benefits he can from this supervised release period. There is no further need for him to remain supervised, and to do so would only waste the valuable and limited resources of the probation office.

    5. Mr. Sy's probation officer, Robert Zamarelli, was contacted and supports this motion for early termination.

    Therefore, for all the foregoing reasons, we respectfully request that Mr. Sy's term of supervised release be terminated early.

    Respectfully submitted,

    FEDERAL DEFENDER PROGRAM
    Terence F. MacCarthy
    Executive Director

    By:  s/Matthew J.Madden
          Matthew J. Madden

Matthew J. Madden
55 E. Monroe, Suite 2800
Chicago, IL 60603
312/621-8351 (phone)
312/621-8399 (fax)

**CERTIFICATE OF SERVICE**

      The undersigned, Matthew J. Madden , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**JOEY SY'S MOTION FOR EARLY**
**TERMINATION OF SUPERVISED RELEASE**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on   February 25, 2008, to counsel/parties that are non-ECF filers.

Robert Zamarelli
United States Probation Officer
55 E. Monroe Street, 15th Floor
Chicago, Illinois 60603

      By:    s/Matthew J. Madden
            MATTHEW J. MADDEN
            FEDERAL DEFENDER PROGRAM
            55 E. Monroe St., Suite 2800
            Chicago, Illinois 60603
            (312) 621-8300