UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 34 |
| | ) | Judge Joan B. Gottschall |
| | ) | |
| JOEY SY | ) | |

## NOTICE OF MOTION

To:  Vickie Peters (for assignment)          Robert Zamarelli
     Assistant United States Attorney        United States Probation
     219 S. Dearborn Street, 5th Floor.      55 E. Monroe St., 15th Floor
     Chicago, IL 60604                       Chicago, IL 60603

Please take notice that on Thursday, February 28, 2008, at 9:30 a.m., I shall appear before the Honorable Joan B. Gottaschall at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom 2325, and shall present the attached motion:

- **JOEY SY'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

                                        Respectfully submitted,
                                        FEDERAL DEFENDER PROGRAM
                                        Terence F. MacCarthy
                                        Executive Director

                                        By: s/Matthew J. Madden
                                            Matthew J. Madden

MATTHEW J. MADDEN
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, Illinois 60603
312/ 621-8351 (phone)
312/621-8399 (fax)