## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 34 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Joey Sy | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Joey Sy's Motion for Early Termination of Supervised Release [2] is granted. It is hereby ordered that defendant's remaining term of supervised release is terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|